JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINA LAZO, individually and as heir at law and successor-in-interest to YOUSSEF LAZO, deceased; ALEX LAZO, individually and as heir at law; MARC LAZO, individually and as heir at law,<br><br>           Plaintiffs,<br><br>     vs.<br><br>MOBIL OIL REFINING CORPORATION, a Delaware corporation; EXXON MOBIL CORPORATION, a New Jersey corporation; and DOES 1 through 100 inclusive,<br><br>           Defendants. | **CASE NO. 2:14-cv-01072-ABC(JCx)**<br><br>Assigned to the<br>Honorable Audrey B. Collins<br><br>**[PROPOSED] JUDGMENT IN A CIVIL ACTION** |

1  This action was decided by the Honorable Audrey B. Collins on May 30, 2014 on Defendants' Fed R. Civ. Pro. 12(b)(6) Motion to Dismiss ("Motion"). The Court has granted Defendants' Motion without leave to amend.

THE COURT HEREBY ORDERS THAT:

1.  Plaintiffs' Complaint does not meet the required legal standards and is dismissed with prejudice as a matter of law.

2.  Plaintiffs, and each of them, recover nothing from Defendants and Defendants recover costs from the Plaintiffs, and each of them.

3.  Judgment be, and hereby is, entered for Defendants, and each of them, and against Plaintiffs, and each of them.

DATED:  June 16, 2014

*/s/ Audrey B. Collins*
HON. AUDREY B. COLLINS
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I hereby certify that on June 3, 2014, I electronically filed the foregoing **[PROPOSED] JUDGMENT IN A CIVIL ACTION** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Marc Y. Lazo, Esq.
WILSON HARVEY BROWNDORF, LLP
8815 Research Drive, Suite 200
Irvine, California  92618
(949) 274-7854
(949) 234-6254 (Facsimile)

Marc Y. Lazo, Esq.
WILSON HARVEY BROWNDORF, LLP
1900 Main Street, Suite 600
Irvine, California  92614
(949) 274-7854
(949) 234-6254 (Facsimile)

At Los Angeles, California, this 3rd day of June, 2014.

STEPTOE & JOHNSON LLP

By:  /s/
     Colleen O'Brien
Email: cobrien@steptoe.com
**STEPTOE & JOHNSON LLP**
633 West Fifth Street, Suite 700
Los Angeles, California 90071
Telephone:  (213) 439-9400/Facsimile:  (213) 439-9599